UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELAINE BENNETT,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>BUNZL UTAH LLC,<br><br>　　　　　　Defendant. | CASE NO. C22-5336-KKE<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

This matter came before the Court upon the parties' stipulation for voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. No. 19. Accordingly, this matter is DISMISSED with prejudice and without an award of fees or costs to either party.

Dated this 16th day of October, 2023.

*Kymberly K Evanson*
_____
Kymberly K. Evanson
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE - 1